## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GHALEB NASSAR AL BIHANI, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Case No. 05-1312 (RJL) |
| | ) | |
| BARACK H. OBAMA, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## FINAL JUDGMENT
(February 1 8, 2009)

For the reasons set forth in this Court's public Memorandum Order of January 28, 2009 and for the reasons set forth in this Court's Classified Memorandum Opinion of February 1 8 2009, it is hereby

**ORDERED** that Petitioner Ghaleb Nassar Al Bihani's petition for a writ of habeas corpus is **DENIED**.

**SO ORDERED**.

RICHARD J. LEON
United States District Judge